IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DIMAS LOPEZ, IBETH LOPEZ, SANTOS CORONA, ABEL MARAVILLA, MARIA DE JESUS RAMIREZ, MIGUEL GUICO, DOMINGA MAZARIEGOS, JOSE SALES ORTIZ, MANUEL SANTANA, CARLOS GODINEZ, MARIO MAZARIEGOS, CARLOS MEDINA, BRENDA REVOLORIO, GUADALUPE MACIAS, RAFAEL MEDINA, NORMA MEDINA, GUADALUPE HERRERA-ARIAS, ESPERANZA CEJA REYES, MARIA MAGDELENA SIGORAN, and FRANCISCO NAJARRO MARTINEZ,<br><br>    Plaintiffs,<br><br>V.<br><br>TYSON FOODS,<br><br>    Defendant. | 8:06CV459<br><br>ORDER |

This matter is before the court on plaintiffs' motion for leave to file sur-reply brief in opposition to defendant Tyson's motion for partial summary judgment, Filing No. 29. Filing No. 42. After considering defendant's opposition thereto, Filing No. 43, the court grants plaintiffs' motion.

SO ORDERED.

DATED this 29th day of November, 2006.

BY THE COURT:

S/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge