# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DIMAS LOPEZ, et al.,** ) | |
| ) | **8:06CV459** |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **TYSON FOODS, INC.,** ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the parties' joint motion to extend the current scheduling order (Filing No. 65). For good cause shown, the motion is granted. The scheduling order is amended as set forth below.

1. The plaintiffs shall have to **on or before September 16, 2007**, in which to file any motion for collective action under the Fair Labor Standards Act or for a class action pursuant to Fed. R. Civ. P. 23.

2. Any discovery on the issue relating to collective action or class certification shall be completed **on or before October 20, 2007**.

3. The defendant shall have to **on or before November 14, 2007**, in which to respond to any motion for collective action or class action certification.

4. The plaintiffs shall have to **on or before December 14, 2007**, in which to reply to the defendant's response set forth above.

5. The court will conduct a telephone planning conference with counsel for all parties **on December 28, 2007, at 9:00 a.m. Central Standard Time** for the purpose of further progressing this matter. Counsel for the plaintiffs shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 12th day of July, 2007.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge