IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DIMAS LOPEZ, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 8:06CV459 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TYSON FOODS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Parties' Joint Motion For Extension Of The Remaining Dates In Scheduling Order by two (2) weeks (Filing No. 85). The court has examined the motion and, being fully advised, finds that the requested order should be entered and the remaining deadlines in the scheduling order extended by two (2) weeks. Accordingly,

**IT IS ORDERED:**

1. The parties' joint motion (Filing No. 85) is granted.

2. The defendant shall have until **on or before November 28, 2007**, in which to respond to any motion for collective action or class action certification.

3. The plaintiffs shall have until **on or before December 28, 2007**, in which to reply to the defendant's response set forth above.

4. The court will conduct a telephone planning conference with counsel for all parties **on January 11, 2008, at 9:00 a.m. Central Daylight Time** for the purpose of further progressing this matter. Counsel for plaintiffs shall initiate the telephone conference.

Dated this 29th day of October, 2007.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge