# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DIMAS LOPEZ, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | 8:06CV459 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **TYSON FOODS, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court after a telephone conference with counsel for the parties on August 25, 2008. The court has before it the defendant's Motion to Stay Proceedings Pending a Decision by the Judicial Panel on Multidistrict Litigation (Filing No. 126). The motion has not yet been fully briefed. Under the circumstances, the planning conference will be continued until after resolution of the motion to stay. Accordingly,

**IT IS ORDERED:**

1. The plaintiffs shall have to **on or before August 29, 2008**, to file a response to the defendant's Motion to Stay Proceedings Pending a Decision by the Judicial Panel on Multidistrict Litigation (Filing No. 126). The defendant shall have to **on or before September 5, 2008**, to file a reply.

2. Unless, the matter has been stayed, the court will conduct a telephone planning conference with counsel for all parties **on October 6, 2008 at 10:30 a.m.** for the purpose of further progressing this matter. Counsel for plaintiffs shall initiate the telephone conference.

Dated this 25th day of August, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge