# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DIMAS LOPEZ, et al.,** | ) |
| | )      8:06CV459 |
|     **Plaintiffs,** | ) |
| | ) |
|     vs. | )      ORDER |
| | ) |
| **TYSON FOODS, INC.,** | ) |
| | ) |
|     **Defendant.** | ) |

This matter is before the court pursuant to the order from the Panel on Multidistrict Litigation denying transfer of this case pursuant to 28 U.S.C. § 1407 (Filing No. 135). Accordingly, the stay previously imposed in this matter is lifted and the parties shall participate in a telephone planning conference with the undersigned Magistrate Judge on **November 3, 2008, at 11:00 a.m. Central Standard Time**. The plaintiffs' counsel shall initiate the telephone conference.

    **IT IS SO ORDERED.**

    DATED this 21st day of October, 2008.

                                                                   BY THE COURT:

                                                                   s/Thomas D. Thalken
                                                                  United States Magistrate Judge