IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DIMAS LOPEZ, et al., | ) | |
| | ) | 8:06CV459 |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| TYSON FOODS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Joint Motion to Extend Deadlines for Dispositive Motions, Motions to Decertify the Class, and Motions in Limine Challenging Expert Witnesses (Filing No. 176). The Court has examined the Motion and, being fully advised, finds that the requested Order should be entered.

The parties' Joint Motion to Extend Deadlines for Dispositive Motions, Motions to Decertify the Class, and Motions in Limine Challenging Expert Witnesses is granted. The schedule is hereby amended as follows:

 a. Motions to decertify the class and dispositive motions are due on **September 2, 2010**.

 b. Oppositions to dispositive motions or motions to decertify the class are due **September 23, 2010**.

 c. Replies in support of dispositive motions or motions to decertify the class are due **October 7, 2010**.

 d. Motions *in limine* challenging the admissibility of expert testimony are due **September 14, 2010**.

 e. Oppositions to motions *in limine* challenging the admissibility of expert testimony are due **October 5, 2010**.

 f. Replies in support of motions *in limine* challenging the admissibility of expert testimony are due **October 20, 2010**.

**IT IS SO ORDERED.**

DATED this 13th day of July, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge