IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
DIMAS LOPEZ, et al.,          )
                              )
           Plaintiffs,        )      8:06CV459
                              )
       v.                     )
                              )
TYSON FOODS, INC.,            )      ORDER
                              )
           Defendant.         )
_____)
```

This matter is before the Court on plaintiffs' motion to extend time for all parties to file motions in limine (Filing No. 214). The Court finds the unopposed motion should be granted. Accordingly,

IT IS ORDERED that plaintiffs' motion is granted; all parties shall have until April 4, 2011, to file motions in limine.

DATED this 31st day of March, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court