IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
DIMAS LOPEZ, et al.,            )
                                )
            Plaintiffs,         )       8:06CV459
                                )
       v.                       )
                                )
TYSON FOODS, INC.,              )       ORDER
                                )
            Defendant.          )
_____)
```

       This matter is before the Court on plaintiffs' motion to extend time until Friday, April 29, 2011, for plaintiffs to serve counter-designations of video taken by plaintiffs' expert Ken Mericle during plant inspection (Filing No. 263).  The Court finds the motion should be granted.  Accordingly,

       IT IS ORDERED that plaintiffs' motion is granted; plaintiffs shall have until April 29, 2011, to serve counter-designations of video taken by plaintiffs' expert Ken Mericle during plant inspection.

       DATED this 26th day of April, 2011.

                                BY THE COURT:

                                /s/ Lyle E. Strom
                                _____
                                LYLE E. STROM, Senior Judge
                                United States District Court