IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
DIMAS LOPEZ, et al.,            )
individually and on behalf of   )
a class of others similarly     )
situated,                       )
                                )
            Plaintiffs,         )         8:06CV459
                                )
      v.                        )
                                )
TYSON FOODS, INC.,              )         ORDER
                                )
            Defendant.          )
_____)
```

This matter is before the Court on defendant's motion to file under seal (Filing No. 272). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; Filing No. 273 shall remain sealed until further order of the Court.

DATED this 27th day of April, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court