IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DIMAS LOPEZ, et al., ) | | |
| individually and on behalf of ) | | |
| a class of others similarly ) | | |
| situated, ) | | |
| ) | | |
| Plaintiffs, ) | | 8:06CV459 |
| ) | | |
| v. ) | | |
| ) | | |
| TYSON FOODS, INC., ) | | ORDER |
| ) | | |
| Defendant. ) | | |
| _____) | | |

       This matter is before the Court to excuse certain jurors from being summoned to serve at the trial of this matter. Inasmuch as some jurors were called in a similar case with identical claims who were then disqualified for cause because of certain personal beliefs, it has been determined by the Court that the same personal beliefs would preclude their service in this case.  Accordingly,

       IT IS ORDERED that the following jurors are excused from appearance for selection for this trial:

            Participant No. 100206298

            Participant No. 100202934

            Participant No. 100195729

            Participant No. 100206804

            Participant No. 100199405

            Participant No. 100197464

            Participant No. 100201066

          Participant No. 100200787

          Participant No. 100197451

          Participant No. 100202366

          Participant No. 100204074

          Participant No. 100204608

Said jurors may be called for other trials during the month of May, 2011.

DATED this 10th day of May, 2011.

          BY THE COURT:

          /s/ Lyle E. Strom
          _____
          LYLE E. STROM, Senior Judge
          United States District Court