IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

11 MAY 13 PM 3: 51

OFFICE OF THE CLERK

DIMAS LOPEZ, et al.,

    Plaintiffs,

v.

TYSON FOODS, INC.,

    Defendant.

CASE NO. 8:06-cv-459-LES-TDT

ORDER PERMITTING PLAINTIFFS TO BRING CERTAIN MEATPACKING EQUIPMENT INTO THE COURTHOUSE FOR USE AS EXHIBITS AT TRIAL

Plaintiffs Dimas Lopez, *et al.*, individually and on behalf of a putative class of others similarly situated, have requested permission from the Court to bring certain items into the Courthouse for use as exhibits at trial. The Court grants this request as follows:

1. Plaintiffs are permitted to bring the following items into the Courthouse for use as Plaintiffs' Exhibit P-336 at trial, as identified as "Demonstrative Exhibits used in the trial of Garcia v. Tyson Foods, Inc., Case No. 06-cv-2198-JTM (D. Kansas 2011)" on Plaintiffs' Exhibit List:

    A. Four (4) orange-handled metal hooks used in the meatpacking industry, six to 15 inches in length.

2. Plaintiffs are directed to turn over these items to the courtroom deputy as soon as practical.

                                                  Joseph F. Bataillon
                                                  Chief United States District Judge

Dated May 13, 2011